THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Steven McClain, Appellant.
 
 
 

Appeal From Lee County
 Howard P. King, Circuit Court Judge

Unpublished Opinion No.  2008-UP-529
 Submitted September 2, 2008  Filed
September 11, 2008

APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, South Carolina Commission on Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Cecil Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  A
 jury found Steven McClain guilty of armed robbery and possession of a firearm
 during the commission of a violent crime.  McClain
 argues the trial judge erred in sentencing him to life without parole because the
 State failed to comply with statutory written notice requirements.  After a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss
 McClains appeal and grant counsels motion to be relieved.[1]  
APPEAL DISMISSED.
ANDERSON, WILLIAMS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.